**No. 10-7581. Imoudu Izegwire, Petitioner v. United States.**

562 U.S. 1155, 131 S. Ct. 950, 178 L. Ed. 2d 785, 2011 U.S. LEXIS 568.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 371 Fed. Appx. 369.

**No. 10-7582. Samuel L. Henderson, Petitioner v. United States.**

562 U.S. 1155, 131 S. Ct. 950, 178 L. Ed. 2d 785, 2011 U.S. LEXIS 419.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 382 Fed. Appx. 736.

**No. 10-7583. James Lyle Herron, Petitioner v. United States.**

562 U.S. 1155, 131 S. Ct. 951, 178 L. Ed. 2d 785, 2011 U.S. LEXIS 116.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 371 Fed. Appx. 913.

**No. 10-7586. Jackie Dewayne Blakey, Petitioner v. Missouri, et al.**

562 U.S. 1155, 131 S. Ct. 951, 178 L. Ed. 2d 785, 2011 U.S. LEXIS 418.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-7587. Eduardo Olmedo, Petitioner v. United States.**

562 U.S. 1155, 131 S. Ct. 951, 178 L. Ed. 2d 785, 2011 U.S. LEXIS 439.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 393 Fed. Appx. 166.

**No. 10-7590. Mark James Konsavich, Petitioner v. United States.**

562 U.S. 1156, 131 S. Ct. 951, 178 L. Ed. 2d 785, 2011 U.S. LEXIS 487.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 474.

**No. 10-7595. Nelson Omar Rodriguez-Turcios, Petitioner v. United States.**

562 U.S. 1156, 131 S. Ct. 952, 178 L. Ed. 2d 785, 2011 U.S. LEXIS 81.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 87.

**No. 10-7598. Lorenzo Arredondo-Duenas, Petitioner v. United States.**

562 U.S. 1156, 131 S. Ct. 952, 178 L. Ed. 2d 785, 2011 U.S. LEXIS 193.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 391 Fed. Appx. 376.